UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 5:07-134-JMH |
| | ) Civil Action No. 5:09-7081-JMH |
| v. | ) |
| | ) **ORDER** |
| OTTO FRANK WILHITE, Sr., | ) |
| Defendant. | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on the Report and Recommendation of Magistrate Judge Candace J. Smith [Record No. 359]. Said action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) for the purpose of reviewing the merits of Defendant's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2255. The time for Defendant to file objections having passed and none having been filed, this matter is now ripe for a decision.

Although it is clear that "a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge," 28 U.S.C. § 636, when, as in the case *sub judice*, there are no objections to the Report and Recommendation, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Having

reviewed the Magistrate Judge's Report and Recommendation and being otherwise sufficiently advised, the undersigned agrees that Defendant's petition for a writ of habeas corpus should be denied, for the reasons stated in the Report and Recommendation.

Accordingly, **IT IS ORDERED:**

(1) That the Report and Recommendation of the Magistrate Judge [Record No. 359] be, and the same hereby is, **ACCEPTED**;

(2) That Defendant's petition for a writ of habeas corpus [Record No. 284] be, and the same hereby is, **DENIED;** and

(3) That this action be, and the same hereby is, **STRICKEN** from the Court's active docket.

This the 2nd day of June, 2010.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge